FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0001

_____

In re the Parenting of J.T., a minor child:

LEXI BREANNE GOBLE,

     Plaintiff,

vs.

JESSE ALLEN THOMAS,

     Defendant.

O R D E R

_____

Jesse Allen Thomas, via counsel, has petitioned to disqualify the Honorable Michael F. McMahon from presiding in Cause No. BDR 2019-607 in the First Judicial District Court, Lewis and Clark County, pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge McMahon has disqualified himself from this case.

IT IS THEREFORE ORDERED that the motion to disqualify Judge McMahon is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Lewis and Clark County for notification to all counsel of record in Cause No. BDR 2019-607, and to the Honorable Michael F. McMahon.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2023